# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kerry Skarbakka and Tracy Kwit,<br><br>Plaintiffs,<br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>Defendant. | Case No.:<br><br>**SUMMONS IN A CIVIL ACTION** |

TO:   Portfolio Recovery Associates, LLC

   YOU ARE HEREBY SUMMONED and required to serve upon Hyung S. Choi, Plaintiffs' attorney, whose address is Choi & Fabian, PLC, 90 S. Kyrene Rd., Suite 5, Chandler, Arizona 85226, an answer to the complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

_____   _____
CLERK                                                                      Date

_____
BY DEPUTY CLERK