1  **DICKINSON WRIGHT PLLC**
2  2901 N. Central Avenue, Suite 200
   Phoenix, Arizona  85012
3  Tel. 602-220-4542
   Fax: 602-244-1441
4  vorze@dickinsonwright.com

5  Victoria Orze (011413)
   Attorneys for Defendant Portfolio Recovery Associates, LLC

6                UNITED STATES DISTRICT COURT
7                     DISTRICT OF ARIZONA

8  KERRY SKARBAKKA AND TRACY  )   Case No. CV 12-08187-NVW
   KWIT,                      )
9                             )
           Plaintiffs,        )         **ANSWER**
10                            )
   vs.                        )
11                            )
   PORTFOLIO RECOVERY ASSOCIATES, )
12 LLC,                       )
                              )
13         Defendant.         )

   Defendant Portfolio Recovery Associates, LLC (Portfolio) through undersigned counsel hereby Answer Plaintiff's Complaint as follows:

   1. Portfolio denies the allegations contained in paragraphs 1, 2, and 4.

   2. Portfolio alleges that paragraph 3 does not contain factual allegations pertaining to the Defendant, which the Defendant can either admit or deny.

   3. Portfolio alleges that paragraphs 5 through 9 contain conclusions of law to which Portfolio is not required to respond.  To the extent an answer is deemed required, Portfolio denies the allegations.

   4. Portfolio has insufficient information at this time to either admit or deny the allegations in paragraphs 10 through 14, and therefore deny the same, except that to the best of the Defendant's knowledge, information, and belief, Plaintiff Skarbakka is a "person" as defined by 47 U.S.C. § 153(39).

   / / /

5.   With respect to paragraphs 15 through 19, Portfolio has insufficient information at this time to either admit or deny the allegations and therefore denies the same.

6.   Responding to paragraphs 20 and 21, Portfolio admits that at certain times and in certain circumstances it acts as a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).  Portfolio is presently without knowledge or information sufficient to admit or deny whether it acted as a debt collector or sought to collect a consumer debt with respect to the Plaintiffs here and therefore denies the same.

7.   Portfolio admits the allegations contained in paragraphs 22 and 23.

8.   Portfolio has insufficient information at this time to either admit or deny the allegations in paragraph 24, and therefore denies the same.

9.   Portfolio denies the allegations in paragraph 25.

10.   Portfolio has insufficient information at this time to either admit or deny the allegations of paragraph 26 and therefore denies the same.

11.   Portfolio admits that parts of Arizona do not observe Daylight Saving Time.

12.   With respect to the allegations contained in paragraph 28, Portfolio admits only that it has sent mail to Plaintiff Skarbakka at an address in Prescott, Arizona.  The remaining allegations of that paragraph are denied.

13.   Portfolio denies the allegations contained in paragraphs 29, 31, and 33 through 35.

14.   Portfolio has insufficient information at this time to either admit or deny the allegations in paragraphs 30 and 32, and therefore denies the same.

15.   Portfolio hereby incorporates its responses set forth above as though fully reiterated here, in response to paragraph 36.

16.   Portfolio denies the allegations contained in paragraphs 37 through 40.

17.   Portfolio hereby incorporates its responses set forth above as though fully

reiterated here, in response to paragraph 41.

18.     Portfolio denies the allegations contained in paragraphs 42 through 44 and 46 through 48, except that it admits that it did not make any calls to the Plaintiffs for an emergency purpose.

19.     Portfolio responds to paragraph 45 by alleging that the text of the TCPA speaks for itself.

20.     Portfolio affirmatively alleges that the Plaintiffs have not sustained any damages as a result of any conduct by the Defendant.

21.     Portfolio denies that the Plaintiffs are entitled to any statutory or punitive damages or attorneys' fees.

22.     Portfolio denies that the Plaintiffs are entitled to injunctive relief.

23.     Portfolio denies that the Plaintiffs are entitled to declaratory relief.

24.     Portfolio affirmatively alleges that the Complaint fails to state a claim for which relief may be granted, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.

25.     Portfolio affirmatively alleges that if any violation of the Fair Debt Collection Practices Act occurred, it was the result of an unintentional mistake that occurred despite the existence and use of policies and procedures reasonably designed to prevent such violations.

26.     Portfolio affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, to the degree that the TCPA does not prohibit Portfolio's practices.

27.     Portfolio affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs consented to all conduct surrounding the occurrences alleged in the Compliant.

28.     Portfolio affirmatively alleges that it has a defense of set-off or recoupment as to any alleged damages owed to Plaintiffs.

29.     Portfolio affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, by the United States Constitution and by applicable state constitutions.

30. Portfolio affirmatively alleges that some or all of the Plaintiffs' claims are or may be barred by the statute of limitations.

**JURY TRIAL DEMAND**

31. Portfolio demands a jury trial pursuant to Rule 38, Federal Rules of Civil Procedure.

DATED this 28th day of November, 2012.

                DICKINSON WRIGHT PLLC

                */s/ Victoria L. Orze*
                Victoria L. Orze
                Attorneys for Portfolio Recovery Associates, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Veronika Fabian
Hyung S. Choi
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite 5
Chandler, Arizona  85226
*Attorneys for Plaintiffs*

By: */s/ Jamie Dean*

PHOENIX 99999-100 25416v1

4